**Pat HALL, Appellant,**

v.

**HORMEL FOODS, CORP., Appellee.**

No. 00–2038.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2001.

Decided April 9, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Pat Hall appeals from the district court's[1] adverse grant of summary judgment in his action brought under the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Nebraska Fair Employment Practices Act, and the Nebraska Act Prohibiting Unjust Discrimination in Employment Because of Age. Upon our de novo review, *see Widoe v. Dist. #111 Otoe County Sch.,* 147 F.3d 726, 728 (8th Cir.1998), we conclude the district court's judgment was proper for the reasons stated in its thorough opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.